1  CHERYL FIELD-LANG, Esq.
   Nevada State Bar No. 2219
2  935 Jones Street
   Reno, Nevada 89503
3  (775) 323-7896

4  Counsel for Defendant
   KENNETH BONO



6              UNITED STATES DISTRICT COURT

7                  DISTRICT OF NEVADA

8                       * * * * *

9  UNITED STATES OF AMERICA,            Case No. 3:22-CR-00019-MMD-CLB

10                  Plaintiff,           ORDER GRANTING
                                         STIPULATION TO CONTINUE
11      vs.                              DETENTION HEARING

13  KENNETH BONO,

14                  Defendant.

                           **STIPULATION**

17      **IT IS HEREBY STIPULATED AND AGREED** by and between CHRISTOPHER

18  CHIOU, Acting United States Attorney and ANDOLYN JOHNSON, Assistant U.S. Attorney,

19  counsel for the United States, and CHERYL FIELD-LANG, counsel for Defendant, KENNETH

20  BOBO, that Mr. Bono's Detention Hearing currently scheduled on April 15, 2022, at 3:00 p.m., be

21  continued to April 19, 2022 at 3:00 p.m.

22      A continuance falls within the statutory time frame established in 18 U.S.C. §3142,

23  allows newly appointed counsel time to speak with Mr. Bono and prepare for the hearing and

24  furthers the ends of justice in this matter.

25      DATED this 14th day of April, 2022.

26  _/s/ Andolyn Johnson_                      _/s/ Cheryl Field-Lang_
    ANDOLYN JOHNSON, Asst. U.S. Attorney       CHERYL FIELD-LANG, Esq.
27  Counsel for Government                     Counsel for Defendant

28  /////

Bono\cont-detention hrg.stp

## ORDER

Based upon the Stipulation of the parties to continue the Detention Hearing and **GOOD CAUSE APPEARING, IT IS HEREBY ORDERED** that the Detention Hearing currently scheduled on April 15, 2022, at 3:00 p.m., be continued to April 19, 2022 at 3:00 p.m.

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: April 14, 2022

Bono\cont-detention hrg.stp

-2-